Order entered November 13, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00465-CV

PEGASUS TRANSPORATION GROUP INC., Appellant

V.

CSX TRANSPORTATION INC., Appellee

On Appeal from the 44th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-11-02008

## ORDER

The Court has before it non-resident attorney Eric C. Palombo's November 8, 2012 motion for admission pro hac vice and resident practicing attorney Henry S. Wehrmann's November 8, 2012 motion in support of Mr. Palombo's motion. The Court **GRANTS** the motions and **ADMITS** Mr. Palombo to practice pro hac vice in this case.

MOLLY FRANCIS
JUSTICE